Wilson *et al. v.* Covault, Sheriff, *et al.*

No. 17,479.

JANAGIN *v.* COVAULT, SHERIFF, ET AL.

No. 17,480.

WILCOXON *v.* COVAULT, SHERIFF, ET AL.

No. 17,481.

KLUGH *v.* COVAULT, SHERIFF, ET AL.

No. 17,482.

BARNES ET AL. *v.* COVAULT, SHERIFF, ET AL.

No. 17,483.

VANCE *v.* COVAULT, SHERIFF, ET AL.

No. 17,484.

DAVIS *v.* COVAULT, SHERIFF, ET AL.

No. 17,485.

LOCK ET AL. *v.* COVAULT, SHERIFF, ET AL.

No. 17,486.

CONSTANT ET AL. *v.* COVAULT, SHERIFF, ET AL.

No. 17,487.

WILSON ET AL. *v.* COVAULT, SHERIFF, ET AL.

From the Blackford Circuit Court.

*Elliott & Elliott, Gregory & Silverburg* and *J. N. Templar & Son,* for appellants.

HOWARD, J.—The questions for consideration in each of the nine preceding cases are in all respects the same as those considered in the case of *Shrack* v. *Covault, Sheriff,* 144 Ind, 260. On the authority of that case, therefore. the restraining order heretofore issued by this court is dissolved, and the judgment entered in each of the foregoing cases is affirmed.

Filed March 11, 1896.